# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY MAGEE, JR.

NO. 2019 KW 1510

FEB 1 0 2020

In Re:    Donald Ray Magee, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-114111.

BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT GRANTED** for the sole purpose of transferring the writ application to the district court with instructions for the district court to provide relator, if it has not already done so, with a copy of the 2016 ruling on relator's counseled application for postconviction relief and a copy of the criminal court minute entry following the Louisiana Supreme Court's disposition in **State ex rel. Magee v. State**, 2017-1213 (La. 10/15/18), 254 So.3d 692 (*per curiam*).

> PMc
> JEW
> GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT